# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:03CR40

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICKEY EDWARD RATTLER, )<br>)<br>Defendant. )<br>)<br>And )<br>)<br>EASTERN BAND OF CHEROKEE )<br>INDIANS, )<br>)<br>Garnishee. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's response to the Clerk's Notice of Post-Judgment Garnishment and request for a hearing.

The Court finds that the Government should file response thereto.

**IT IS, THEREFORE, ORDERED** that the Government file response to the Defendant's objections and request for a hearing on or before 20 days from entry of this Order. The Clerk shall provide a copy of the Defendant's response filed May 11, 2005, to the Government along with a copy of this Order.

**Signed: July 26, 2005**

Lacy H. Thornburg
United States District Judge