# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CRIMINAL NO. 2:03CR40

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MICKEY EDWARD RATTLER | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing pursuant to the instructions contained therein. *See, United States v. Rattler,* **2007 WL 731305 (4th Cir. 2007).**

**IT IS, THEREFORE, ORDERED** that this matter is hereby scheduled for resentencing on **MONDAY, APRIL 30, 2007, AT 1:30 PM**, at the U.S. Courthouse in **Bryson City, North Carolina.**

**IT IS FURTHER ORDERED** that the Federal Defender appoint counsel to represent the Defendant at resentencing. A revised presentence report is not necessary for this hearing.

**IT IS FURTHER ORDERED** that the United States Marshal make arrangements to have the Defendant transported from his place of incarceration to the hearing and return him thereto after resentencing. The

United States Marshal shall ensure that the Defendant arrives in this District prior to the hearing date in order that he may be afforded adequate opportunity to confer with counsel in preparation for the resentencing hearing.

The Clerk of Court is directed to transmit copies of this Order electronically to the Federal Defender, the United States Attorney, the United States Marshal, the United States Probation Office, and to the Warden of the correctional facility where the Defendant is currently incarcerated; a copy of this Order shall be mailed to the Defendant.

Signed: April 5, 2007

Lacy H. Thornburg
United States District Judge